# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AMYN S. MAWANI, *et al.*,

    Plaintiffs,

v.

GORDON CLARK, *et al.*,

    Defendants.

Case No. 2:24-cv-01601-RFB-NJK

**Order**

[Docket No. 7]

On November 6, 2024, the Court ordered Plaintiffs to show cause why this case should not be dismissed for lack of subject matter jurisdiction by November 29, 2024. Docket No. 6. Plaintiffs seek a 14-day extension of that deadline for newly retained counsel to "familiarize themselves with the case and prepare an appropriate repose to the Court." Docket No. 7 at 1.

Accordingly, the motion to extend is **GRANTED**. Docket No. 7. Plaintiffs are **ORDERED** to show cause why this case should not be dismissed for lack of subject matter jurisdiction no later than **December 13, 2024**.

IT IS SO ORDERED.

Dated: December 3, 2024

_____

Nancy J. Koppe
United States Magistrate Judge

1